THE STATE, EX REL. STARK, *v.* COURT OF COMMON PLEAS OF CUYAHOGA COUNTY ET AL.

[Cite as State, ex rel. Stark, *v.* Court of Common Pleas (1987), 32 Ohio St. 3d 440.]

(No. 87-1598—Decided September 30, 1987.)

*J. Norman Stark,* relator.

*Court of Common Pleas of Cuyahoga County; Joseph F. McManamon, Judge; Lewis W.* and *Elizabeth V. Baker,* respondents.

The petition for a writ of prohibition is denied for the reason that this court finds that the trial court is not about to exercise judicial power that is clearly unauthorized by law. *State, ex rel. Celebrezze,* v. *Court* (1979), 60 Ohio St. 2d 188, 14 O.O. 3d 441, 398 N.E. 2d 777; *State, ex rel. Zakany,* v. *Avellone* (1979), 58 Ohio St. 2d 25, 12 O.O. 3d 14, 387 N.E. 2d 1373.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS and H. BROWN, JJ., concur.

WRIGHT, J., dissents.